

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-94,779-01

## EX PARTE KEITH JAMAAL MCKINNEY, Applicant

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. 2020-02-6328-A IN THE 24TH DISTRICT COURT FROM REFUGIO COUNTY

*Per curiam*.

## O P I N I O N

Applicant was convicted of possession of a controlled substance and sentenced to forty-four years' imprisonment. He filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends that he was denied his right to an appeal because appointed counsel failed to timely file a notice of appeal. Based on the record, the trial court has found that Applicant is entitled to an out-of-time appeal because counsel was not notified Applicant had been apprehended and sentenced.

Relief is granted. *Ex parte Riley*, 193 S.W.3d 900 (Tex. Crim. App. 2003). Applicant may file an out-of-time appeal of his conviction in cause number 2020-02-6328 from the 24th District

Court of Refugio County. Within ten days from the date of this Court's mandate, the trial court shall determine whether Applicant is indigent. If Applicant is indigent and wants to be represented by counsel, the trial court shall appoint counsel to represent him on direct appeal. Should Applicant decide to appeal, he must file a written notice of appeal in the trial court within thirty days from the date of this Court's mandate.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered: May 17, 2023
Do not publish